Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| Dorothy J. Stoops | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| No Defendants | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dorothy Stoops |
| Street Address | 81 Maiden Lane |
| City and County | Wayland, Middlesex |
| State and Zip Code | MA 01778 |
| Telephone Number | 508 545 0329 |
| E-mail Address | |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Declaration of Independence, and the First, Fifth and Fourteenth Amendments.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
        and has its principal place of business in the State of *(name)*
        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of
        *(foreign nation)* _____ .

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attached Complaint.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

This is an urgent request to the Court for two rulings:

1) Anyone in possession of the Human Genome deserves due process.

2) Everyone is obligated to uphold Human Life.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    04/10/2025

Signature of Plaintiff    Pro Se

Printed Name of Plaintiff    Dorothy J. Stoops

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Complaint

This is an urgent request to the Court for two rulings:

1) Anyone in possession of the Human Genome deserves due process.

2) Everyone is obligated to uphold Human Life.

1. This is a petition to the Court seeking a ruling that anyone in possession of the Human Genome is entitled to due process so everyone becomes aware that prejudice is not an excuse for denial of inalienable rights, and to further rule that every person, including every government official, is obligated to uphold Human Life; it would be optimal to have officials explicitly swear to uphold Human Life to reinforce its priority, when swearing to uphold the Constitution.

2. Before the Judge allowed me to be seated on a jury, he asked me if I agreed to vote based on the statutes of our state if they were in conflict with my personal beliefs. I did not hesitate to say, "Yes." The Judge carefully taught the statutes that were relevant to the case and sent a tape recording of his explanations into the Jury Room for reference. Without the instructions from the Judge, the members of the Jury would necessarily have voted their own beliefs. Given that proper instruction is crucial to a fair trial, there is an even greater imperative for the Judiciary to teach the statutes accurately in order to prevent crime.

3. The Declaration of Independence is the Defining Statute of the Union. It acknowledges Human Rights as the raison d'être and immutable basis of the United States of America and constrains all voting whether on a jury, in Congress, on the Supreme Court, or for an elected official, to uphold Life as it also constrains all actions by the Union within our borders, on our borders and outside our borders. All actions taken by the United States of America must maintain Human Rights to perpetuate the Union.

4. A majority vote does not have the power to override Human Rights as that vote would be in conflict with the Union. A personal belief that the obligation to uphold Human Life falls outside one's scope of responsibility does not justify voting against the self-evident rights acknowledged as belonging to all people by the Founders. Therefore, this case asserts that the Jurisdiction of the Judiciary is a one-to-one mapping to Human Rights. This is consistent with the Judiciary adhering to the mathematical concept of a topology connecting all people to their rights by insuring that due process protects every person's life from violence, even from self-inflicted violence.

5. Acknowledging the Courts are a topology which equitably upholds Human Rights sets a guideline for the jurisdiction the Judiciary has over Artificial Intelligence and AI's obligation to distinguish proof from unsubstantiated beliefs.

6. This case asserts that Human Life is not a contract because we do not consciously choose to be born and at some point we must die, therefore the Courts do not have the option of non-

intervention until asked in their duty to uphold Life, as this right is afforded equally to every person. All Human Rights violations require action by the Judiciary. If the Courts do not condemn violence and slavery, they condone it.

7. To reiterate, this is a request that the Judiciary, in order to prevent violence and slavery, rule that anyone in possession of the Human Genome is entitled to due process setting a clear limit on actions based on personal beliefs which conflict with Human Rights. In order for the Judiciary to treat all people equally regarding the Law, the Judiciary must be a function applied to all people, spanning their various levels of abstract thought and different ways of dealing with their emotions and beliefs.

8. It is the responsibility of the Judiciary, given that the elements of our Union are persons who have been afforded the right to self-regulate consistent with upholding Human Life, to teach that inclusion in the set of people whose Human Rights are recognized and respected, cannot tolerate excluding others from this set, the First Amendment right to one's personal beliefs notwithstanding.

Thank you.

April 10, 2025

To Whom It May Concern,

Should the Court consider the enclosed complaint, I request permission to E-file.

Thank you very much.

Sincerely,


Dorothy J. Stoops

FILED
IN CLERK'S OFFICE
2005 APR 14 PM 1:11