UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOROTHY J. STOOPS<br><br>Plaintiff(s),<br><br>v.<br><br>NO DEFENDANTS<br><br>Defendant(s). | Civil Action No. 25-10953-JEK |

## ORDER OF DISMISSAL

**KOBICK, D.J.**

In accordance with the Court's Electronic Order dated October 29, 2025, ECF 4, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

Dated: October 29, 2025

/s/ Haley Currie
Deputy Clerk